# EXHIBIT A

FILED
Anita Escobedo
CLERK, SUPERIOR COURT
05/26/2022 11:10AM
BY: CCASTANEDA
DEPUTY

Case No.: S0400CV202200121
HON. TIMOTHY WRIGHT

1  **SHIELDS PETITTI, PLC**
   **Michael J. Petitti, Jr. – 011667**
2  **Paige C. Pataky – 029951**
   **5090 N. 40th Street, Suite 207**
3  **Phoenix, Arizona 85018**
   **Telephone: (602) 718-3330**
4  **Facsimile: (602) 675-2356**
   **E-Mail:  mjp@shieldspetitti.com**
5  **E-Mail:  pcp@shieldspetitti.com**

6
   Attorneys for Plaintiff
7

8              **SUPERIOR COURT OF THE STATE OF ARIZONA**

9                        **COUNTY OF GILA**

10  BENJAMIN PERRY,                          No.

11              Plaintiff,

12                                           **COMPLAINT**
    v.
13

14  CHRISTOPHER KOHL'S FIRE
15  DISTRICT; CHRISTOPHER KOHL'S
    FIRE DISTRICT BOARD; RONALD
16  KOTNIK; LARRY HANNUM; SHEILA
17  LYNN MARCUM; KAREN THORNTON;
    JOANIE PRICE, in their official capacities;
18  ROBERT J. LOCKHART, in his official and
    personal capacities; JANE DOE
19  LOCKHART,
20
                Defendants.
21

22          Plaintiff Benjamin Perry ("Plaintiff") for his cause of action against Defendants
23
    alleges:
24

25                         **GENERAL ALLEGATIONS**
                             **(Parties and Jurisdiction)**
26

27       1.     Plaintiff is a resident of Gila County, State of Arizona and was a resident of

28
                                        1

Pinal County during all relevant times.

2. Defendant Christopher Kohl's Fire District ("Defendant District") is a Fire District as set forth in *A.R.S. §§ 48-802, et. seq.* At all times material herein, Defendant District was a person within the meaning of *42 U.S.C. § 1983.*

3. Defendant Christopher Kohl's Fire District Board ("Defendant Board") is a Fire District Board and an agent of Defendant District. At all material times herein, Defendant Board was a "person" within the meaning of *42 U.S.C. § 1983.*

4. Defendants Ronald Kotnik, Larry Hannum, Sheila Lynn Marcum, Karen Thornton and Joanie Price are members of Defendant Board. At all relevant times herein, they were members of Defendant Board and were acting for and on behalf of Defendant District and such actions were in the course and scope of their authority.

5. At all material times herein, Defendant Robert Lockhart served as an agent of Defendant District in the position of Fire Chief. Defendant Lockhart is sued in both his official and individual capacities and is personally liable for violations of law and relief claimed herein. Defendant Lockhart is a "person" within the meaning of *42 U.S.C. § 1983.*

6. Defendant Jane Doe Lockhart is the wife of Defendant Lockhart and is sued only on behalf of the marital community. Any action taken by Defendant Lockhart was done on behalf of the marital community.

7. Defendants have committed actions and caused events to occur in the County of Gila, State of Arizona, which are the foundation of this action and out of which this action arises. Accordingly, jurisdiction and venue are proper in this Court.

2

**(Assignment of Tier)**

8.     Pursuant to *Rule 26.2, Arizona Rules of Civil Procedure*, this case should be assigned to Tier 2.

**(Nature of Action)**

9.     This is an action brought by Plaintiff to vindicate violations of Arizona's Employment Protection Act, 42 U.S.C. § 1983, Arizona's Public Safety Employee Rights Statute and to remedy Defendant Lockhart's intentional and improper interference with Plaintiff's employment relationship with Defendant District.

**(Jury Demand)**

10.     Pursuant to *Rule 38, Arizona Rules of Civil Procedure*, Plaintiff demands a jury trial.

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

11.     Plaintiff was initially a volunteer firefighter for Defendant and then became a paid employee of Defendant District in approximately 2012.

12.     Plaintiff performed with competence and distinction and to Defendant District's benefit.   For example, he routinely served as a community liaison between Defendant District and the community.   He also received his State certification as an Engine Boss for Wildland in early 2021.

13.     Despite his good performance, Defendants paid Plaintiff approximately $2.00 an hour less than other employees who were previously Wildland Engine Bosses.   When Plaintiff raised this pay disparity with Defendant Lockhart, as well as his Battalion Chief,

3

1 Rhett Connolly, they would not only refuse to provide him the same pay as all others

2 received but berated and threatened him because of his request.

3

4     14. During his employment, Plaintiff observed gross mismanagement by

5 Defendant Lockhart and Battalion Chief Connolly, including financial mismanagement of

6 Defendant District's Wildland Division and potential violations of State criminal and other

7

8 laws. For example, Plaintiff observed concerns with the Defendant District's procedures

9 relating to its drug boxes, the possible use of illegal drugs by employees and the admitted

10 use of illegal drugs by an employee.

11

12     15. Plaintiff raised his legitimate good faith concerns about Defendant Lockhart's

13 gross mismanagement and the potential violations of State criminal and other laws with

14 Defendant Lockhart.

15

16     16. Almost immediately after Plaintiff began raising his good faith concerns, he

17 experienced different and retaliatory treatment, including physical threats and discipline for

18 matters that were either not true or partial truths, yet other firefighters were not disciplined

19

20 for the same things.

21     17. In April, 2021, Defendant Lockhart also tried to convince Plaintiff that he

22 should not file a workers' compensation injury for a work-related injury he suffered.

23

24 Plaintiff was later retaliated against by Defendant Lockhart for trying to file a workers'

25 compensation charge.

26     18. Defendant Lockhart also restricted Plaintiff's statutory right to communicate

27

28 with Defendant District Board Members about the terms and conditions of his employment.

4

For example, after Defendant Lockhart repeatedly refused to investigate Plaintiff's good faith concerns of gross mismanagement and potential violations of State law, he decided to exercise his statutory rights and bring his concerns directly to Defendant Board. Defendant Lockhart, however, threatened Plaintiff that if he went to Defendant Board with his concerns he would face adverse consequences, such as discharge. In violation of Arizona law, Defendant Lockhart also told Plaintiff he did not have a right to go to Defendant Board with his good faith concerns, which was untrue.

19. In fact, merely days before his termination, Plaintiff requested to present his concerns to Defendant Board. But, Defendant Lockhart again threatened him and continued to tell him he had no right to present his concerns to Defendant Board.

20. Incredibly, merely two (2) hours before a May 17, 2021 Board Meeting that Plaintiff planned on attending, Defendant Lockhart sent Plaintiff a letter claiming that he was terminated as of May 14, 2021, which was untrue.

21. In discharging Plaintiff, Defendants willfully, knowingly and intentionally discriminated against him because of his good faith concerns that Defendants were violating State and Federal law and his opposition to the same. Defendants' stated reasons for their actions were false and pretextual.

22. Plaintiff is damaged by the wrongful acts of Defendants and their agents, herein alleged, which damage includes, without limitation, the following:

   a) lost salary and employment benefits due Plaintiff at the time of his discharge and since his discharge until he should obtain employment at a similar rate

5

1    of compensation;

2           b) injury to Plaintiff's long-term employment, reputation and income potential

3
4    flowing from the wrongful conduct by Defendants; and

5           c) injury from humiliation, trauma, extreme stress and physical and mental

6    pain and anguish.

7
8    23.    The willful and wanton misconduct on the part of Defendants is such that it

9    justifies an award of punitive damages.

10    24.    All allegations of this Complaint are incorporated into each claim for relief.

11
                      **FIRST CLAIM FOR RELIEF**
12    **(Statutory Wrongful Discharge in Violation of Public Policy)**

13
14    25.    Plaintiff was wrongfully discharged in violation of the public policy of the

15    State of Arizona.

16    26.    Plaintiff raised several good faith concerns about Defendant District's actions,

17
18    including concerns about Defendant District's drug procedures, missing narcotics and illegal

19    drug use by an employee, Defendant Lockhart's threats regarding presenting information to

20    the Defendant Board, pay disparity and gross financial mismanagement of Defendant

21
22    District's Wildland Division and that Defendants' conduct violated or would violate State

23    statute and regulations. Plaintiff also refused to commit acts or omissions that violate State

24    statutes and regulations.

25
26    27.    The conduct outlined above by Defendants and its employees violates Arizona

27    law, including, but not limited to *A.R.S. §§ 13-1801, 13-3401, 23-411, 36-2201, et. seq.* and

28

1249675.1

1 | *48-820.*

2
3 | 28.    The Arizona Employment Protection Act also prohibits an employer from
4 | terminating an employee in retaliation for exercising his worker's compensation rights.
5 | Defendants retaliated against Plaintiff for exercising his worker's compensation rights,
6 | including terminating him.
7
8 | 29.    Defendants' willful and wanton misconduct is so great that it justifies an
9 | award of punitive damages.
10
11 | 30.    Plaintiff was damaged by Defendants' willful violation of public policy as
12 | hereinabove alleged or as proven at trial.
13
14 | **SECOND CLAIM FOR RELIEF**
**(Violation of 42 U.S.C. § 1983)**
15 | 31.    The actions described above deprived Plaintiff of rights, privileges and
16 | immunities provided by the United States Constitution, including, but not limited to,
17
18 | depriving Plaintiff of his free speech rights.
19 | 32.    Plaintiff's actions related to matters of public interest and concern.
20
21 | 33.    In doing the acts alleged above, Defendants acted under the color of state law,
22 | i.e., the unlawful acts were done while Defendants were purporting or pretending to act in
23 | the performance of official duties and constitutes an abuse or misuse of power or authority
24
25 | or alternatively were acting under the color of authority of their office and beyond the scope
26 | of their duties but with knowledge and consent.  Defendants' actions were unprivileged and
27 | not subject to any immunity.
28

7

1249675.1

34.     Defendants knew or should have known the above alleged conduct violated Plaintiff's clearly established constitutional, civil and statutory rights.

35.     Defendants, individually, separately, and/or jointly are fully liable to Plaintiff based on their authority and actual decisions and omissions.  In addition, such unlawful actions, decisions and omissions were based on the policymaking and final decision-making authority of the Defendants, and were based on the policy, custom and practice of Defendants.

36.     The grounds and reasons offered by Defendants for Plaintiff's discharge were false and pretextual.

37.     Plaintiff is damaged by Defendants' actions as hereinabove alleged or as proven at trial.

### THIRD CLAIM FOR RELIEF
### (Violation of A.R.S. § 23-1411)

38.     Defendants' conduct, as outlined above, violates Plaintiff's statutory right to exercise his public safety employee rights, including presenting proposals and testimony to the governing board of a Fire District and its representatives.

39.     Defendants retaliated against and ultimately fired Plaintiff for exercising his statutory rights.

40.     Plaintiff is damaged by Defendants' violations of his statutory rights as hereinabove alleged or as proven at trial.

8

1249675.1

### FOURTH CLAIM FOR RELIEF
### (Intentional Interference With Employment
### Relationship Against Defendant Lockhart)

41.     Defendant Lockhart knew that Plaintiff was employed by Defendant District and that he had an employment relationship with it.  Defendant Lockhart intentionally and improperly interfered, by unlawful and improper means and methods, with the employment relationship between Plaintiff and Defendant District and caused the Plaintiff to be terminated.

42.     The willful and wanton misconduct on the part of Defendant Lockhart demonstrates a callous disregard of Plaintiff's rights.  The willful and wanton misconduct on the part of Defendant Lockhart is such that it justifies an award of damages.

43.     Plaintiff is damaged by the actions of Defendant Lockhart as hereinabove alleged or as proven at trial.

WHEREFORE, Plaintiff requests judgment in his favor and against Defendants as follows:

A.     For all injunctive and declaratory relief necessary, including a declaration that Defendants' conduct violates *A.R.S. § 23-1501* and *42 U.S.C. § 1983* and enjoining Defendants from conduct violating Plaintiff's rights;

B.     For actual, consequential and incidental damages as alleged herein or as determined at trial;

C.     For punitive damages;

9

1       D.     For special damages alleged or as determined at trial;

2       E.     For his attorneys' fees and costs incurred in this action pursuant to *42 U.S.C. §*

3
4   *1988* and any other applicable statute, rule or regulation;

5       F.     For interest on each element of damage, cost or attorneys' fees at the highest

6   legal rate from the date such damage, cost or attorneys' fees was incurred until paid; and

7
8       G.     For such other and further relief as the Court deems just and proper.

9       DATED this 26th day of April, 2022.

10                      SHIELDS PETITTI, PLC

11

12                      By /s/ Michael J. Petitti, Jr.

13                         Michael J. Petitti, Jr.
                       Paige C. Pataky

14                         5090 N. 40th Street, Suite 207

15                         Phoenix, AZ 85018
                       *Attorneys for Plaintiff*

16

17

18

19

20

21

22

23

24

25

26

27

28

1349675.1

Person/Attorney Filing: Michael Petitti
Mailing Address: 5090 N. 40th Street, Suite 207
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)718-3330X5001
E-Mail Address: mjp@shieldspetitti.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011667, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF GILA

Benjamin Perry
Plaintiff(s),
v.
Christopher Kohl's Fire District,
et al.
Defendant(s).

Case No.   S0400CV202200121

**SUMMONS**

To: Christopher Kohl's Fire District

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 1400 E Ash Street,
   Globe, Arizona 85501 or electronically file your Answer through one of Arizona's approve
   electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  GILA

SIGNED AND SEALED this date:*April 26, 2022*

*Anita Escobedo*
Clerk of Superior Court

By:*CCASTANEDA*
Deputy Clerk



Person/Attorney Filing: Michael Petitti
Mailing Address: 5090 N. 40th Street, Suite 207
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)718-3330X5001
E-Mail Address: mjp@shieldspetitti.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011667, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF GILA

Benjamin Perry
Plaintiff(s),                                   Case No.    S0400CV202200121
v.
Christopher Kohl's Fire District,               **SUMMONS**
et al.
Defendant(s).

To: Christopher Kohl's Fire District Board

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 1400 E Ash Street, Globe, Arizona 85501 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  GILA

SIGNED AND SEALED this date:*April 26, 2022*

*Anita Escobedo*
Clerk of Superior Court

By:*CCASTANEDA*
Deputy Clerk



Person/Attorney Filing: Michael Petitti
Mailing Address: 5090 N. 40th Street, Suite 207
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)718-3330X5001
E-Mail Address: mjp@shieldspetitti.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011667, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF GILA

Benjamin Perry
Plaintiff(s),
v.
Christopher Kohl's Fire District,
et al.
Defendant(s).

Case No.   S0400CV202200121

**SUMMONS**

To: Larry Hannum

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 1400 E Ash Street, Globe, Arizona 85501 or electronically file your Answer through one of Arizona's approve electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  GILA

SIGNED AND SEALED this date:*April 26, 2022*

*Anita Escobedo*
Clerk of Superior Court

By:*CCASTANEDA*
Deputy Clerk



AZturboCourt.gov Form Set #6716132

2

Person/Attorney Filing: Michael Petitti
Mailing Address: 5090 N. 40th Street, Suite 207
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)718-3330X5001
E-Mail Address: mjp@shieldspetitti.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011667, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF GILA

| Benjamin Perry | |
|---|---|
| Plaintiff(s), | Case No.   S0400CV202200121 |
| v. | |
| Christopher Kohl's Fire District, | **SUMMONS** |
| et al. | |
| Defendant(s). | |

To: Jane Doe Lockhart

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 1400 E Ash Street, Globe, Arizona 85501 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  GILA

SIGNED AND SEALED this date:*April 26, 2022*

*Anita Escobedo*
Clerk of Superior Court

By:*CCASTANEDA*
Deputy Clerk



AZturboCourt.gov Form Set #6716132

2

Person/Attorney Filing: Michael Petitti
Mailing Address: 5090 N. 40th Street, Suite 207
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)718-3330X5001
E-Mail Address: mjp@shieldspetitti.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011667, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF GILA

Benjamin Perry
Plaintiff(s),
v.
Christopher Kohl's Fire District,
et al.
Defendant(s).

Case No.    S0400CV202200121

**SUMMONS**

To: Ronald Kotnik

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 1400 E Ash Street, Globe, Arizona 85501 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  GILA

SIGNED AND SEALED this date:*April 26, 2022*

*Anita Escobedo*
Clerk of Superior Court

By:*CCASTANEDA*
Deputy Clerk



AZturboCourt.gov Form Set #671613:2

2

Person/Attorney Filing: Michael Petitti
Mailing Address: 5090 N. 40th Street, Suite 207
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)718-3330X5001
E-Mail Address: mjp@shieldspetitti.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011667, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF GILA

Benjamin Perry
Plaintiff(s),

v.

Christopher Kohl's Fire District,
et al.
Defendant(s).

Case No.   S0400CV202200121

**SUMMONS**

To: Robert J. Lockhart

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 1400 E Ash Street,</u> <u>Globe, Arizona 85501 or electronically file your Answer through one of Arizona's approve</u> <u>electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  GILA

SIGNED AND SEALED this date:*April 26, 2022*

*Anita Escobedo*
Clerk of Superior Court

By:*CCASTANEDA*
Deputy Clerk



Person/Attorney Filing: Michael Petitti
Mailing Address: 5090 N. 40th Street, Suite 207
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)718-3330X5001
E-Mail Address: mjp@shieldspetitti.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011667, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF GILA

Benjamin Perry
Plaintiff(s),
v.
Christopher Kohl's Fire District,
et al.
Defendant(s).

Case No.   S0400CV202200121

**SUMMONS**

To: Sheila Lynn Marcum

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 1400 E Ash Street, Globe, Arizona 85501 or electronically file your Answer through one of Arizona's approve electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  GILA

SIGNED AND SEALED this date:*April 26, 2022*

*Anita Escobedo*
Clerk of Superior Court

By:*CCASTANEDA*
Deputy Clerk



AZturboCourt.gov Form Set 66716132

2

Person/Attorney Filing: Michael Petitti
Mailing Address: 5090 N. 40th Street, Suite 207
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)718-3330X5001
E-Mail Address: mjp@shieldspetitti.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011667, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF GILA

Benjamin Perry
Plaintiff(s),

v.

Christopher Kohl's Fire District,
et al.
Defendant(s).

Case No.    S0400CV202200121

**SUMMONS**

To: Joanie Price

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 1400 E Ash Street,
   Globe, Arizona 85501 or electronically file your Answer through one of Arizona's approve
   electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  GILA

SIGNED AND SEALED this date:*April 26, 2022*

*Anita Escobedo*
Clerk of Superior Court

By:*CCASTANEDA*
Deputy Clerk



Person/Attorney Filing: Michael Petitti
Mailing Address: 5090 N. 40th Street, Suite 207
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)718-3330X5001
E-Mail Address: mjp@shieldspetitti.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011667, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF GILA

| | |
|---|---|
| Benjamin Perry<br>Plaintiff(s),<br>v.<br>Christopher Kohl's Fire District,<br>et al.<br>Defendant(s). | Case No.   S0400CV202200121<br><br>**SUMMONS** |

To: Karen Thornton

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 1400 E Ash Street, Globe, Arizona 85501 or electronically file your Answer through one of Arizona's approve electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  GILA

SIGNED AND SEALED this date:*April 26, 2022*

*Anita Escobedo*
Clerk of Superior Court

By:*CCASTANEDA*
Deputy Clerk



AZturboCourt.gov Form Set #6716132

2

FILED
Anita Escobedo
CLERK, SUPERIOR COURT
05/18/2022 10:53AM
BY: CCASTANEDA
DEPUTY

Starlight Investigations
And Process Service
P.O. Box 19606
Happy Jack, AZ 86024

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF GILA

| | |
|---|---|
| BENJAMIN PERRY, | ) |
| | ) |
| Plaintiff, | ) Case No.: S0400CV202200121 |
| | ) |
| vs. | ) CERTIFICATE OF SERVICE BY |
| | ) A PRIVATE PROCESS SERVER |
| | ) |
| CHRISTOPHER KOHL'S | ) |
| FIRE DEPARTMENT, et al, | ) |
| | ) |
| Defendants. | ) |

Richard M. Knaeble, upon his oath and personal knowledge, states as follows:

1. I am over twenty-one (21) years of age, suffer no legal disabilities, and am licensed in Coconino County as a private process server.

2. On May 16, 2022, at 3:10 p.m. I personally served the CHRISTOPHER KOHL'S FIRE DEPT., CHRISTOPHER KOHL'S FIRE DISTRICT BOARD, LARRY HANNUM, SHEILA L. MARCUM, KAREN THORNTON, and JOANIE PRICE (in their official capacities) by personal service upon Christopher Kohl's Fire District Board Chairman RONALD KOTNIK, with the SUMMONS, COMPLAINT and CERTIFICATE OF COMPULSORY ARBITRATION issued by the Honorable Court in this matter, at the Christopher Kohl's Fire Dept. located at 930 E. Christopher Creek Loop, Payson, AZ 85541.

I swear under penalty of perjury pursuant to A.R.C.P. 80(c), this 17th day of May, 2022, that the foregoing is true and correct.

Richard M. Knaeble
ID #: PS CN 2019-00001

FILED
Anita Escobedo
CLERK, SUPERIOR COURT
05/18/2022 11:00AM
BY: CCASTANEDA
DEPUTY

Starlight Investigations
And Process Service
P.O. Box 19606
Happy Jack, AZ 86024

## IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF GILA

BENJAMIN PERRY,            )
                          )
        Plaintiff,         )        Case No.: S0400CV202200121
                          )
vs.                       )        CERTIFICATE OF SERVICE BY
                          )        A PRIVATE PROCESS SERVER
                          )
RONALD KOTNIK, et al,      )
                          )
        Defendants.        )
                          )
_____)

Richard M. Knaeble, upon his oath and personal knowledge, states as follows:

1. I am over twenty-one (21) years of age, suffer no legal disabilities, and am licensed in Coconino County as a private process server.

2. On May 16, 2022, at 3:10 p.m. I personally served RONALD KOTNIK (in his official capacity as Chairman of the Christopher Kohl's Fire District Board) with the SUMMONS, COMPLAINT and CERTIFICATE OF COMPULSORY ARBITRATION issued by the Honorable Court in this matter, at the Christopher Kohl's Fire Dept. located at 930 E. Christopher Creek Loop, Payson, AZ 85541.

I swear under penalty of perjury pursuant to A.R.C.P. 80(c), this ___17th___ day of May, 2022, that the foregoing is true and correct.

Richard M. Knaeble
ID #: PS CN 2019-00001

FILED
Anita Escobedo
CLERK, SUPERIOR COURT
05/18/2022 11:25AM
BY: CCASTANEDA
DEPUTY

Starlight Investigations
And Process Service
P.O. Box 19606
Happy Jack, AZ 86024

## IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF GILA

BENJAMIN PERRY,                )
                               )
        Plaintiff,             )        Case No.: S0400CV202200121
                               )
    vs.                        )        CERTIFICATE OF SERVICE BY
                               )        A PRIVATE PROCESS SERVER
                               )
ROBERT J. LOCKHART, et al,     )
                               )
        Defendants.            )
                               )

Richard M. Knaeble, upon his oath and personal knowledge, states as follows:

  1. I am over twenty-one (21) years of age, suffer no legal disabilities, and am licensed in
Coconino County as a private process server.

  2. On May 16, 2022, at 3:10 p.m. I personally served JANE DOE LOCKHART, whose
correct name is PATRICIA L. LOCKHART, by service upon her husband ROBERT J.
LOCKHART (in his official and personal capacities) with the SUMMONS,
COMPLAINT and CERTIFICATE OF COMPULSORY ARBITRATION issued by the
Honorable Court in this matter, at his usual place of work (Christopher Kohl's Fire Dept.)
located at 930 E. Christopher Creek Loop, Payson, AZ 85541.


    I swear under penalty of perjury pursuant to A.R.C.P. 80(c), this 17th day of
May, 2022, that the foregoing is true and correct.

                              Richard M. Knaeble
                              ID #: PS CN 2019-00001

FILED
Anita Escobedo
CLERK, SUPERIOR COURT
05/18/2022 11:15AM
BY: CCASTANEDA
DEPUTY

Starlight Investigations
And Process Service
P.O. Box 19606
Happy Jack, AZ 86024

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF GILA

| | |
|---|---|
| BENJAMIN PERRY, ) | |
| ) | |
| Plaintiff, ) | Case No.: S0400CV202200121 |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE BY |
| ) | A PRIVATE PROCESS SERVER |
| ) | |
| ROBERT J. LOCKHART, et al, ) | |
| ) | |
| Defendants. ) | |

Richard M. Knaeble, upon his oath and personal knowledge, states as follows:

1. I am over twenty-one (21) years of age, suffer no legal disabilities, and am licensed in Coconino County as a private process server.

2. On May 16, 2022, at 3:10 p.m. I personally served ROBERT J. LOCKHART (in his official and personal capacities) with the SUMMONS, COMPLAINT and CERTIFICATE OF COMPULSORY ARBITRATION issued by the Honorable Court in this matter, at his usual place of work (Christopher Kohl's Fire Dept.) located at 930 E. Christopher Creek Loop, Payson, AZ 85541.

I swear under penalty of perjury pursuant to A.R.C.P. 80(c), this 17th day of May, 2022, that the foregoing is true and correct.

Richard M. Knaeble
ID #: PS CN 2019-00001

FILED
Anita Escobedo
CLERK, SUPERIOR COURT
04/26/2022 11:10AM
BY: CCASTANEDA
DEPUTY

Case No.: S0400CV202200121
HON. TIMOTHY WRIGHT

Person/Attorney Filing: Michael Petitti
Mailing Address: 5090 N. 40th Street, Suite 207
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)718-3330X5001
E-Mail Address: mjp@shieldspetitti.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011667, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF GILA

Benjamin Perry
Plaintiff(s),                                    Case No.
v.
Christopher Kohl's Fire District,                **CERTIFICATE OF**
et al.                                           **COMPULSORY ARBITRATION**
Defendant(s).

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Gila County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.


RESPECTFULLY SUBMITTED this


                    By: Michael Petitti /s/
                        Plaintiff/Attorney for Plaintiff